UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 25-25001-CIV-SMITH

ADEDAYO SANUSI,

    Petitioner,

v.

WARDEN, FCI MIAMI,

    Respondent.

_____/

## LIMITED ORDER TO SHOW CAUSE

This matter is before the court on Petitioner's *pro se* Notice of Non-Compliance with the Court's Prior Order and Motion to Reopen Case (the "Notice") [DE 21]. In this Court's prior Order, the Court granted Petitioner's Writ of Habeas Corpus and required that Respondent take the following steps on or before February 5, 2026: (1) "Calculate the total number of FTCs that Petitioner has earned under the First Step Act;" (2) "Divide all of Petitioner's earned FTCs between either" supervised release or prerelease custody; and (3) "Determine, in good faith, whether Petitioner's total FTCs exceeds his remaining sentence and, if they do, place Petitioner in either [prerelease] custody or supervised release" consistent with the First Step Act. (Order [DE 20] at 22.) Petitioner now alleges that, as of February 5, 2026, he has received "no calculation of [his] time credits, no eligibility determination, and no update of any kind." (Notice 1.)

Accordingly, it is thereupon **ORDERED AND ADJUDGED** that:

1

1.	Respondent shall, **within FIVE (5) DAYS of the date of this Order**, file a Memorandum addressing the steps that Respondent has taken in compliance with this Court's prior Order [DE 20]. The Memorandum **SHALL** be titled "Response to Limited Order to Show Cause" and include any and all documents relevant to this Court's determination of compliance.

2.	The Court cautions that failure to abide by a Court's prior Order may be sanctionable. *See, e.g.*, *In re Walker*, 532 F.3d 1304, 1309–10 (11th Cir. 2008) (recognizing a federal court's "inherent power to impose sanctions on parties and lawyers" upon a finding of "bad faith by delaying or disrupting the litigation or hampering enforcement of a court order"). Accordingly, **IF** Respondent indeed failed to abide by this Court's prior Order [DE 20], Respondent is **DIRECTED** to **SHOW CAUSE** why sanctions are not appropriate in this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 23rd day of February, 2026.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:	counsel of record

**Adedayo Sanusi,** *pro se*
15211-509
Miami FCI
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 779800
Miami, FL 33177